## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-00349-JHN-FFMx | Date | April 14, 2010 |
|---|---|---|---|
| Title | Gloria Meraz v. The Home Depot USA, Inc. et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN |
|---|---|

| Alicia Mamer | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**        ORDER   (In Chambers)

☐    Case should not have been closed with   [  ], filed      . **Make JS-5**

■    Case should have been closed with NOTICE OF DISMISSAL [26], filed 4-13-10. **Make JS-6**

☐    Other:  **Make JS-5**; should have been re-opened with Order #  .

☐    COMMENTS:

|  | : | N/A |
|---|---|---|
|  | Initials of Preparer | AM |